# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREMIER HEALTHCARE SOLUTIONS, INC., CONDUCTIV CONTRACTS, LLC and CONDUCTIV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY,<br><br>Defendant. | Civil Action No.:<br><br>2:25-CV-2302-MKC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THOMAS JEFFERSON UNIVERSITY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Amended Complaint Served:  05/12/2025**<br>**Response Due:  07/11/2025**<br>**New Response Date:  07/25/2025**<br><br>**Hon. Mary Kay Costello**<br>**United States District Judge** |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiffs Premier Healthcare Solutions, Inc., Conductiv Contracts, LLC, and Conductive, Inc., and Defendant Thomas Jefferson University, and finding GOOD CAUSE thereon, hereby grants the stipulated two-week extension of time for Defendant to respond to Plaintiffs' Amended Complaint.

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiffs' Amended Complaint is to be filed on or by July 25, 2025.

DATED: July __, 2025

_____
MARY KAY COSTELLO
United States District Judge

4905-2372-0018 v3