IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREMIER HEALTHCARE SOLUTIONS, INC., CONDUCTIV CONTRACTS, LLC and CONDUCTIV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY,<br><br>Defendant. | Civil Action No.:<br><br>2:25-CV-2302-MKC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THOMAS JEFFERSON UNIVERSITY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Filed Concurrently With:**<br>[Proposed] Order<br><br>Amended Complaint Served: 05/12/2025<br>Response Due: 07/11/2025<br>New Response Date: 07/25/2025<br><br>**Hon. Mary Kay Costello**<br>**United States District Judge** |

   Plaintiffs Premier Healthcare Solutions, Inc., Conductiv Contracts, LLC, and Conductiv, Inc., and Defendant Thomas Jefferson University (collectively, "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for Defendant to respond to Plaintiffs' Amended Complaint [Dkt. 15] as follows:

   1. On May 9, 2025, Plaintiffs filed and entered an Amended Complaint in the above-captioned matter [Dkt. 15].

   2. On May 9, 2025, Plaintiffs also filed a Summons, which was issued on May 12, 2025 [Dkt. 16].

3.     On May 12, 2025, Defendant filed a Waiver of the Service of Summons [Dkt. 17], which included an acknowledgment that Defendant "must file and serve an answer or a motion under Rule 12 within 60 days from 05/12/2025, the date when this request was sent[.]"

4.     In order to allow the Parties additional time to discuss and to confer about the allegations in the Amended Complaint, Defendant's arguments concerning the allegations, and potential resolution of the allegations, the Parties hereby stipulate and agree to an additional two-week extension of time for Defendant to respond to Plaintiffs' Amended Complaint, through and including July 25, 2025.

5.     There have not been any prior requests for extensions.

IT IS SO STIPULATED.


DATED: July 9, 2025          OBERMAYER REBMANN MAXWELL & HIPPEL LLP

                             By:    /s/Brooke E. Newborn
                                    Brooke E. Newborn, Esquire (#209732)
                                    /s/ Nicholas Poduslenko
                                    Nicholas Poduslenko, Esquire (#51562)

                             *Counsel for Defendant Thomas Jefferson University Hospital*

DATED: July 9, 2025          STAPLETON SEGAL COCHRAN LLC

                             By:  /s/ Jonathan L. Cochran
                                  Jonathan L. Cochran (PA ID 314382)

                             --and—

                             YOUNG CONAWAY STARGATT & TAYLOR, LLP
                             Tammy L. Mercer (pro hac vice forthcoming)
                             Amanda K. Pooler (pro hac vice forthcoming)

                             *Counsel for Plaintiffs Premier Healthcare Solutions, Inc., Conductive Contracts, LLC, and Conductive, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREMIER HEALTHCARE SOLUTIONS, INC., CONDUCTIV CONTRACTS, LLC and CONDUCTIV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY,<br><br>Defendant. | Civil Action No.:<br><br>2:25-CV-2302-MKC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THOMAS JEFFERSON UNIVERSITY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Amended Complaint Served: 05/12/2025<br>Response Due: 07/11/2025<br>New Response Date: 07/25/2025**<br><br>**Hon. Mary Kay Costello<br>United States District Judge** |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiffs Premier Healthcare Solutions, Inc., Conductiv Contracts, LLC, and Conductive, Inc., and Defendant Thomas Jefferson University, and finding GOOD CAUSE thereon, hereby grants the stipulated two-week extension of time for Defendant to respond to Plaintiffs' Amended Complaint.

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiffs' Amended Complaint is to be filed on or by July 25, 2025.

DATED: July 10, 2025

_____
MARY KAY COSTELLO
United States District Judge